# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CHIEF JUDGE MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover          Date: September 12, 2013
Court Reporter:     Terri Lindblom
Probation Officer:  Patrick Lynch
Interpreter:        Susanna Cahill

Criminal Action No. 12-cr-00195-MSK

*Parties*:                                   *Counsel*:

UNITED STATES OF AMERICA,                    Joseph Mackey

    Plaintiff,

v.

MARTHA JIMENEZ-ORTIZ,                        Brian Leedy

    Defendant.

---

## SENTENCING MINUTES
---

**10:40 a.m.    Court in session**.

Defendant present in custody.

Interpreter previously sworn.

**Change of Plea Hearing on September 12, 2013.  Defendant pled guilty to Count 2 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). **(Doc. #21).**  Argument.

The Government orally makes a motion for downward departure under 5K1.1.

Allocution. - Statements made by:  The Government, defense counsel

Sentencing Minutes
Chief Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

**ORDER:**     The Defendant's Motion for Non-Guideline Sentence (**Doc. #21**) is **DENIED.**

**ORDER:**     The Government's oral motion for downward departure under 5K1.1 is **GRANTED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.  The sentence imposed is time served**.

The defendant is advised of her right to appeal.

**ORDER:**     Defendant is remanded to the custody of the United States Marshal for the District of Colorado in accordance with the imposition of the sentence of time served.

**11:04 a.m.     Court in recess.**

Total Time:    24 minutes
Hearing concluded.